IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY L. VIOLA,            )
     Petitioner,            )            Civil Action No. 17-214 Erie
                            )
     v.            )            Judge Nora Barry Fischer
                            )            Magistrate Judge Susan Paradise Baxter
WARDEN ZUNIGA,            )
     Respondent.            )

## MEMORANDUM ORDER

This action, filed pursuant to 28 U.S.C. § 2241, was referred to United States Magistrate Judge Susan Paradise Baxter for a report and recommendation in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Local Rules for Magistrate Judges. On March 9, 2018, the Magistrate Judge issued a Report and Recommendation [ECF No. 13] in which she recommended that the petition be denied. Objections were filed by the petitioner on March 27, 2018. [ECF No. 14]. After *de novo* review of the petition and documents in this case, together with the Report and Recommendation and Objections thereto, the following order is entered:

AND NOW, this 28th day of March, 2018;

IT IS HEREBY ORDERED that the claims raised in Viola's petition are DISMISSED with prejudice. The Report and Recommendation [ECF No. 13] is adopted as the opinion of the Court. The Clerk of Court shall mark this case CLOSED.

/s/ Nora Barry Fischer
United States District Court Judge

cc/ecf: All counsel of record

cc:    Anthony L. Viola
       32238-160
       McKean Federal Correctional Institution
       Inmate Mail/Parcels
       P.O. Box 8000
       Bradford, PA 16701